1  LEE TRAN & LIANG APLC
2  James M. Lee (Bar No. 192301)
   Daniel Yu (Bar No. 245091)
3  601 S. Figueroa Street, Suite 4025
4  Los Angeles, California 90017
   Telephone: 213-612-3737
5  Facsimile: 213-612-3773

6  Attorney for Plaintiff
7  JTH Tax, Inc., d/b/a
   LIBERTY TAX SERVICE
8

9
              UNITED STATES DISTRICT COURT
10
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
11

12

13  JTH TAX, INC., doing business as      Case No. ED CV 11-1020-VAP (SP)
    LIBERTY TAX SERVICE, a
14  Delaware corporation,                 [Underlying Case in the Eastern District
                    Plaintiff,            of Virginia Case No. 2:11cv66]
15

16       v.                               **ORDER GRANTING STIPULATION
                                          FOR PROTECTIVE ORDER**
17  WILLIAM HOULE, an individual,
                                          [Stipulation for Protective Order Filed
18                  Defendant.            Concurrently Herewith]

                                          PROPOSED ORDER GRANTING
                                          STIPULATED PROTECTIVE ORDER

# **ORDER**

The Court having considered the concurrently filed Stipulation for Protective Order of plaintiff JTH Tax, Inc. d/b/a Liberty Tax Service, and non-party Elena Serafin (JTH Tax, Inc. and Elena Serafin, for purposes of this Order, collectively, "the Parties"), and good cause existing therefor,

IT IS ORDERED that:

a) The Stipulation for Protective Order is granted; and,

b) The terms of the Stipulation for Protective Order are hereby approved.

DATE:__August 8, 2011_____

_____/s/_____

Hon. Sheri Pym,
United States Magistrate Judge